# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.,

    V.

CASE NUMBER: C07-5265RBL

MYKASA GENERAL CONTRACTORS INC.,
an Oregon corporation d/b/a EL TEQUILA
RESTAURANT & NIGHT CLUB

[√] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court has determined that there is no just reason for delay and upon an express direction for the entry of judgment, FRCP 54(b), it is **ORDERED** that

    Plaintiff's Motion for Summary Judgment against Defendant Mykasa General Contractors, Inc., d/b/a El Tequila Restaurant & Night Club, is GRANTED   it is further **ORDERED** that

    In the exercise of the court's discretion under 47 U.S.C. §605(e)(3)(C), the amount of the judgment against this Defendant is as follows:

    $5,000.00 statutory damages, plus $5,000.00 damages for the willful nature of the violation.

DATED: 12/29/2008

                                                 BRUCE RIFKIN
                                                 *Clerk*

                                                 /s/ Jean Boring
                                                 *(By) Deputy Clerk*